No. 1151. People, Appellee, *v.* Torres, Appellant.—Aggravated Assault and Battery. Humacao. April 16, 1917. *Affirmed.*

No. 1154. People, Appellee, *v.* Ramos, Appellant.—Violation of Municipal Ordinances. Humacao. April 17, 1917. *Affirmed.*

No. 1145. People, Appellee, *v.* Martínez, Appellant.—Petty Larceny. San Juan, Section 2. April 19, 1917. *Affirmed.*

No. 1147. People, Appellee, *v.* Vega, Appellant.—
No. 1150. People, Appellee, *v.* Pagán, Appellant.—
No. 1156. People, Appellee, *v.* Gutiérrez, Appellant.—
No. 1161. People, Appellee, *v.* Bravo, Appellant.—
No. 1170. People, Appellee, *v.* Meléndez, Appellant.—
Violations of Municipal Ordinances. Ponce. April 20, 1917. *Dismissed for failure to appear.*

No. 1152. People, Appellee, *v.* Ochart, Appellant.—Carrying Prohibited Weapons. Humacao. April 20, 1917. *Affirmed.*

No. 1586. Torres, Appellant, *v.* Arbona, Appellee.—Partnership. Ponce. April 23, 1917. *Dismissed for lack of brief.*

No. 1587. Pérez & Co., Appellees, *v.* Hamburg American Line, Appellant.—Nullity of Attachment and Summons. San Juan, Section 1. April 23, 1917. *Dismissed for lack of brief.*